[No. 21195–1–I. Division One. August 29, 1988.]

SANDRA E. KLUG, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–25236–2, Donald D. Haley, J., entered September 25, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield, C.J., and Revelle, J. Pro Tem.

[No. 20818–7–I. Division One. August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TYRONE L. WILLIAMSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01188–3, Lloyd W. Bever, J., entered July 22, 1987. *Reversed* by unpublished per curiam opinion.

[No. 20787–3–I. Division One. August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN ALLISON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00752–9, John F. Wilson, J., entered July 24, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 21371–7–I. Division One. August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LONNIE RAY CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02304–1, Donald D. Haley, J., entered November 2, 1987. *Dismissed* by unpublished per curiam opinion.